■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBORAH L. MOSHER, Appellant. [635 NYS2d 873] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment after a jury trial convicting her of manslaughter in the second degree (Penal Law § 125.15 [1]). We conclude that the evidence, when viewed most favorably to the People *(see, People v Thompson,* 72 NY2d 410, 413, *rearg denied* 73 NY2d 870; *People v Ford,* 66 NY2d 428, 437), is sufficient to justify the conclusion of the jury that defendant recklessly caused the death of her nephew *(see, People v Johnstone,* 145 AD2d 902, *lv denied* 73 NY2d 979; *People v Osburn,* 124 AD2d 1048, *lv denied* 69 NY2d 831). Defendant's contention that the moral certainty test applicable to circumstantial evidence cases should have been applied by the court is unpreserved for our review *(see,* CPL 470.05 [2]). In any event, the prosecution's case did not depend entirely upon circumstantial evidence *(see, People v Barnes,* 50 NY2d 375, 379-380). From our examination of the record, we conclude that the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Allegany County Court, Sprague, J.—Manslaughter, 2nd Degree.) Present—Denman, P. J., Green, Fallon, Doerr and Boehm, JJ.

■ WILLIAM P. WARREN, Appellant, v FOREST LAWN CEMETERY AND MAUSOLEUM et al., Respondents. [635 NYS2d 874] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted summary judgment dismissing the fraud cause of action. Plaintiff is not a proper party to allege fraud because no misrepresentation was made to him, nor did he allege that he relied on any misrepresentation. Rather, the complaint alleges that defendant Warren misrepresented to defendant Forest Lawn Cemetery and Mausoleum that plaintiff had consented to the disinterment of his mother's remains *(see, Orlin v Torf,* 126 AD2d 252, 254, *lv denied* 70 NY2d 605). Appeal from Order of Supreme Court, Erie County, Joslin, J.—Summary Judgment.) Present—Denman, P. J., Green, Fallon, Doerr and Boehm, JJ.